IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JASON SHANNON STEWART                                                                    PLAINTIFF

v.                                            Civil No. 4:19-cv-04102

JANA TALLANT, Jail Administrator,
Howard County Detention Center;
SHERIFF BRIAN MCJUNKINS;
CHIEF DEPUTY JOHN ERIC GLADWELL; and
INVESTIGATOR BLAKE EUDY                                                              DEFENDANTS

## ORDER

Currently before the Court is Plaintiff's failure to obey a Court order and failure to prosecute this case. Plaintiff, Jason Shannon Stewart, filed his Complaint and Application to Proceed *In Forma Pauperis* (IFP) on August 26, 2019. (ECF Nos. 1, 2). On the same day, the Court entered an Order granting Plaintiff's Motion for IFP and directing Plaintiff to file an amended complaint by September 18, 2019. (ECF No. 3). Plaintiff did not file an amended complaint by the deadline and still has not done so.

Although *pro se* pleadings are to be construed liberally, a *pro se* litigant is not excused from complying with substantive and procedural law. *Burgs v. Sissel*, 745 F.2d 526, 528 (8th Cir. 1984). The Federal Rules of Civil Procedure specifically contemplate dismissal of a case on the grounds that the plaintiff failed to prosecute or failed to comply with orders of the court. Fed. R. Civ. P. 41(b); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (stating that the district court possesses the power to dismiss *sua sponte* under Rule 41(b)). Pursuant to Rule 41(b), a district court has the power to dismiss an action based on "the plaintiff's failure to comply with *any* court order." *Brown v. Frey*, 806 F.2d 801, 803-04 (8th Cir. 1986) (emphasis added).

In the present case, Plaintiff has failed to obey an order of the Court and has failed to prosecute this matter. Accordingly, pursuant to Federal Rule of Civil Procedure 41(b), Plaintiff's complaint (ECF No. 2) is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 3rd day of October, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge